

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16CR2199-MMA |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE** |
| DUSTIN GARRISON, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: 10/31/17

HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge